RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, TX
78711

CCA No. WR-83,646-01          Date: 9-21-15

RE: Change of Address

Trial Court Case No. 13-CR-2096-G

Dear, Abel Acosta

I have been moved, I am

now at this address

( Christopher Estrada

P.O. Box 620
Bloomington, TX
77951 )

Can you please resend anything
that has been sent from the
17th of September to the other
address.

Thank you for your time.

Respectfully,

Chris Estrada